## United States Bankruptcy Court
### District of Minnesota

In re    **Eric John Bloch**
**Tracy Marie Bloch**
_____ Debtor(s)

Case No. _____
Chapter    **13**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[X] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

    [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

    [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _~Eric John Bloch~_    Date: **7-13-17**

**************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[X] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

    [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

    [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [X] Other (please explain): _Debtor cannot find the June 30, 2017 paystub for ISD #413 and the July 14, 2017 paystub for Hope Harbor_

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _~Tracy Marie Bloch~_    Date: **7/13/17**

**\*\*\*IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

CITY OF TYLER - BOX C - TYLER, MN 56178

FORM NO. 35:    BUSINESS FORMS & SYSTEMS · 1-300-383-1696

| EMPLOYEE NAME | | | SOC. SEC. NO. | | EMPL. NO. | PAY PERIOD | PERIOD ENDING | | CHECK DATE 4 |
|---|---|---|---|---|---|---|---|---|---|

ERIC J BLOCH

| | | | | | 13 | 6/21/2017 | 6/23/2017 |
| UNITS | RATE | EARNINGS AMOUNT | DESCRIPTION | CURRENT | Y-T-D | DESCRIPTION | | |

| CURRENT | GROSS PAY | SOC. SEC. | MEDICARE | RETIREMENT | FEDERAL TAX | STATE TAX | LOCAL TAX | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| | $1,582.40 | $0.00 | $22.94 | $170.90 | $125.56 | $76.67 | | $285.60 | $900.33 |
| Y-T-D | $21,351.38 | $0.00 | $309.55 | $2,302.21 | $1,746.27 | $1,047.43 | $0.00 | $3,712.80 | $12,233.12 |

| 80.00 | 18.53 | $1,482.40 Hourly | | $170.90 | $2,302.21 PERA POLICE | | | COMP TIME | |
| | | $100.00 ON CALL | | $285.60 | $3,712.80 Erick Garnishment | | | 0.00  10.50  203.14 | |
| | | | | | | | | PTO  0.00  6.15  167.51 | |

ERIC J BLOCH

| EMPLOYEE NAME | | | SOC. SEC. NO. | | EMPL. NO. | PAY PERIOD | PERIOD ENDING | | 008735 |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | 14.02 | 7/5/2017 | | | CHECK DATE 1 |
| UNITS | RATE | EARNINGS AMOUNT | DESCRIPTION | CURRENT | Y-T-D | DESCRIPTION | | | LEAVE 7/7/2017 |

| 12.00 | 15.53 | $186.36 HOLIDAY | | $20.13 | $2,482.44 PERA POLICE | | | USED  ACCRUED  BALANCE | |
| | | | | | | | | COMP TIME  0.00  0.00  237.64 | |
| | | | | | | | | PTO | |

ERIC J BLOCH          EARNINGS          000000000CTION    12        6/7/2017        LEAVE9/2017

| UNITS | RATE | EARNINGS DESCRIPTION | CURRENT | DEDUCTION Y-T-D | DEDUCTION DESC | | ACCRUED | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12.00 | 15.53 | $186.36 HOLIDAY | $191.03 | $2,131.31 | PERA POLICE | COMP TIME | | |
| 80.00 | 18.53 | $1,482.40 Hourly | $285.60 | $3,427.20 | Erick Garnishment | 0.00 | 8.00 | 192.64 |
| | | $100.00 ON CALL | | | | PTO | | |
| | | | | | | 0.00 | 6.15 | 161.36 |

| | GROSS PAY | SOC. SEC. | MEDICARE | RETIREMENT | FEDERAL TAX | STATE TAX | LOCAL TAX | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | | |
| Y-T-D | $1,768.76 | | $25.65 | $191.03 | $150.89 | $88.39 | | $285.60 | $1,027.20 |
| | $19,768.98 | $0.00 | $286.61 | $2,131.31 | $1,620.31 | $970.76 | $0.00 | $3,427.20 | $11,332.79 |

FORM NO. 351        BUSINESS FORMS & SYSTEMS • 1-800-383-1896

ERIC J BLOCH

| UNITS | EARNINGS | | DESCRIPTION | | DEDUCTION | | DESCRIPTION | 5/24/2017 | LEAVE 6/26/2017 | |
|---|---|---|---|---|---|---|---|---|---|---|

| UNITS | | EARNINGS | | | CURRENT | YTD | DESCRIPTION | | | |

60.00 | 18.53 | $1,482.40 | Hourly | | $170.90 | $1,940.28 | PERA POLICE | COMP TIME | | |
| | | $100.00 | ON CALL | | $285.60 | $3,141.60 | Erick Garnishment | 0.00 | 7.13 | 166.64 |
| | | | | | | | | PTO | | |
| | | | | | | | | 0.00 | 6.16 | 155.20 |

| | GROSS PAY | SOC. SEC. | MEDICARE | RETIREMENT | FEDERAL TAX | STATE TAX | LOCAL TAX | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | $1,582.40 | | $22.94 | $170.90 | $125.96 | $76.67 | | $285.60 | $900.33 |
| Y-T-D | $18,000.22 | $0.00 | $260.96 | $1,940.28 | $1,469.42 | $882.37 | $0.00 | $3,141.60 | $10,305.59 |

FORM NO. 351    BUSINESS FORMS & SYSTEMS · 1-800-383-1696

| EMPLOYEE NAME | | | | SOC. SEC. NO. | | EMPL. NO. | PAY PERIOD | PERIOD ENDING | | CHECK DATE 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| ERIC J BLOCH | | | | | | 000000000 | 10 | 5/10/2017 | | 5/12/2017 |

| EARNINGS | | | | | | | | LEAVE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNITS | RATE | AMOUNT | DESCRIPTION | CURRENT | Y-T-D | DESCRIPTION | | USED | ACCRUED | BALANCE |
| 80.00 | 18.53 | $1,482.40 | Hourly | $170.90 | $1,769.38 | PERA POLICE | COMP TIME | 0.00 | 9.75 | 170.61 |
| | | $100.00 | ON CALL | $285.60 | $2,856.00 | Erick Garnishment | PTO | 0.00 | 6.15 | 149.05 |

| | GROSS PAY | SOC. SEC. | MEDICARE | RETIREMENT | FEDERAL TAX | STATE TAX | LOCAL TAX | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | $1,582.40 | | $22.94 | $170.90 | $125.98 | $76.67 | | $285.60 | $900.33 |
| Y-T-D | $16,417.82 | $0.00 | $238.02 | $1,769.38 | $1,343.46 | $805.70 | $0.00 | $2,856.00 | $9,405.26 |

FORM NO. 351    BUSINESS FORMS & SYSTEMS · 1-800-383-1696

**Independent School District 413**
**401 South Saratoga Street**
**Marshall, MN 56258**

Tracy M. Bloch
Box 176
Balaton, MN 56115

Original Hire Date: 08/30/1993

Adjusted Hire Date: 08/30/1993

| Date | Payment Type | Account Type | Financial Institution | | | Account | Amount |
|------|-------------|--------------|----------------------|---|---|---------|--------|
| 06/15/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | | | *****014 | $1106.90 |
| | | | | | | Total: | $1106.90 |

| Pay | | End Date | Units | Rate | Amount | Deductions (* = Pre-Tax) | | Amount |
|-----|---|----------|-------|------|--------|--------------------------|---|--------|
| Library Asst Hr | | 06/01/2017 | 80.5000 | $17.69 | $1424.05 | Garnish | | $261.64 |
| | | | | Total: | $1424.05 | Health Ins Premium * | | ($322.00) |
| | | | | | | PERA * | | $92.56 |
| | | | | | | | Total: | $32.20 |

| Benefits | | Amount | | Taxes | | Amount | Taxable Wages |
|----------|---|--------|---|-------|---|--------|---------------|
| LTD % Board | | $3.42 | | Federal Income Tax | | $98.68 | $1653.49 |
| Workers Comp Board | | $7.83 | | Medicare | | $25.32 | $1746.05 |
| Medicare - Employer | | $25.32 | | MN Income Tax | | $52.70 | $1653.49 |
| VEBA Benefit | | $100.00 | | OASDI | | $108.25 | $1746.05 |
| PERA Board | | $106.80 | | | Total: | $284.95 | |
| OASDI - Employer | | $108.25 | | | | | |
| | Total: | $351.62 | | | | | |

| Pay Summary | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|-------------|-------|---------|-----------|----------|-------|-----|-----------|-----|
| Current | $1424.05 | $98.68 | $52.70 | $25.32 | $108.25 | | $32.20 | $1106.90 |
| Taxable Income | | $1653.49 | $1653.49 | $1746.05 | $1746.05 | | | |
| Calendar YTD | $13762.85 | $141.87 | $75.81 | $101.58 | $434.34 | | | |

**Pay Check**

| Date | Payment Type | Account Type | Financial Institution | Account | Net Pay |
|------|-------------|-------------|----------------------|---------|---------|
| 06/15/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | *****014 | $1,106.90 |
| | | | | Total | **$1106.90** |

**Summary**

| | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|---|-------|---------|-----------|----------|-------|-----|-----------|-----|
| **Current** | $1424.05 | $98.68 | $52.70 | $25.32 | $108.25 | | $32.20 | $1106.90 |
| **Taxable Income** | | $1653.49 | $1653.49 | $1746.05 | $1746.05 | | | |
| **Calendar YTD** | $13762.85 | $141.87 | $75.81 | $101.58 | $434.34 | | | |

**Timecards For This Check**

| Check Description | Hours | Rate | Gross |
|------------------|-------|------|-------|
| Library Asst Hourly | 21.0000 | $17.69 | $371.49 |
| Library Asst Hourly | 59.5000 | $17.69 | $1,052.56 |

**Independent School District 413**
**401 South Saratoga Street**
**Marshall, MN 56258**

Tracy M. Bloch
Box 176
Balaton, MN 56115

Original Hire Date: 08/30/1993

Adjusted Hire Date: 08/30/1993

| Date | Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|---|
| 05/31/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | *****014 | $635.95 |
| | | | | Total: | $635.95 |

| Pay | | End Date | Units | Rate | Amount |
|---|---|---|---|---|---|
| Library Asst Hr | | 05/15/2017 | 76.5000 | $17.69 | $1353.29 |
| | | | | Total: | $1353.29 |

| Deductions (* = Pre-Tax) | Amount |
|---|---|
| Garnish | $305.69 |
| Health Ins Premium * | $165.00 |
| PERA * | $87.96 |
| Select Acct Fee | $1.48 |
| Total: | $560.13 |

| Benefits | | Amount |
|---|---|---|
| LTD % Board | | $3.25 |
| Workers Comp Board | | $7.44 |
| Medicare - Employer | | $17.23 |
| OASDI - Employer | | $73.68 |
| VEBA Benefit | | $100.00 |
| PERA Board | | $101.50 |
| | Total: | $303.10 |

| Taxes | Amount | Taxable Wages |
|---|---|---|
| Federal Income Tax | $43.19 | $1100.33 |
| Medicare | $17.23 | $1188.29 |
| MN Income Tax | $23.11 | $1100.33 |
| OASDI | $73.68 | $1188.29 |
| Total: | $157.21 | |

| Pay Summary | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|---|---|---|---|---|---|---|---|---|
| Current | $1353.29 | $43.19 | $23.11 | $17.23 | $73.68 | | $560.13 | $635.95 |
| Taxable Income | | $1100.33 | $1100.33 | $1188.29 | $1188.29 | | | |
| Calendar YTD | $12338.80 | $43.19 | $23.11 | $76.26 | $326.09 | | | |

**Pay Check**

| Date | Payment Type | Account Type | Financial Institution | Account | Net Pay |
|------|--------------|--------------|----------------------|---------|---------|
| 05/31/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | *****014 | $635.95 |
| | | | | **Total** | **$635.95** |

**Summary**

| | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|---|-------|---------|-----------|----------|-------|-----|------------|-----|
| **Current** | $1353.29 | $43.19 | $23.11 | $17.23 | $73.68 | | $560.13 | $635.95 |
| **Taxable Income** | | $1100.33 | $1100.33 | $1188.29 | $1188.29 | | | |
| **Calendar YTD** | $12338.80 | $43.19 | $23.11 | $76.26 | $326.09 | | | |

**Timecards For This Check**

| Check Description | Hours | Rate | Gross |
|------------------|-------|------|-------|
| Library Asst Hourly | 62.5000 | $17.69 | $1,105.63 |
| Library Asst Hourly | 14.0000 | $17.69 | $247.66 |

**Independent School District 413**
**401 South Saratoga Street**
**Marshall, MN 56258**

Tracy M. Bloch
Box 176
Balaton, MN 56115

Original Hire Date: 08/30/1993

Adjusted Hire Date: 08/30/1993

| Date | Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|---|
| 05/15/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | *****014 | $13.30 |
| | | | | Total: | $13.30 |

| Pay | | End Date | Units | Rate | Amount |
|---|---|---|---|---|---|
| Library Asst Hr | | 04/30/2017 | 62.0000 | $17.69 | $1096.78 |
| | | | | Total: | $1096.78 |

| Deductions (* = Pre-Tax) | Amount |
|---|---|
| Flex Dental Ins * | $27.20 |
| Flex Medical * | $25.00 |
| Garnish | $250.62 |
| Health Ins Premium * | $680.00 |
| PERA * | $71.29 |
| Select Acct Fee | $1.49 |
| Total: | $1055.60 |

| Benefits | | Amount |
|---|---|---|
| Life Board | | $2.01 |
| LTD % Board | | $2.63 |
| Medicare - Employer | | $5.28 |
| Workers Comp Board | | $6.03 |
| OASDI - Employer | | $22.60 |
| Dental Board | | $34.30 |
| PERA Board | | $82.26 |
| VEBA Benefit | | $100.00 |
| Health Board | | $536.15 |
| | Total: | $791.26 |

| Taxes | Amount | Taxable Wages |
|---|---|---|
| Federal Income Tax | $0.00 | $293.29 |
| Medicare | $5.28 | $364.58 |
| MN Income Tax | $0.00 | $293.29 |
| OASDI | $22.60 | $364.58 |
| Total: | $27.88 | |

| Pay Summary | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|---|---|---|---|---|---|---|---|---|
| Current | $1096.78 | $0.00 | $0.00 | $5.28 | $22.60 | | $1055.60 | $13.30 |
| Taxable Income | | $293.29 | $293.29 | $364.58 | $364.58 | | | |
| Calendar YTD | $10985.51 | $0.00 | $0.00 | $59.03 | $252.41 | | | |

**Pay Check**

| Date | Payment Type | Account Type | Financial Institution | Account | Net Pay |
|------|-------------|--------------|----------------------|---------|---------|
| 05/15/2017 | Direct Deposit | Savings | Minnwest Bank M. V. | *****014 | $13.30 |
|  |  |  |  | **Total** | **$13.30** |

**Summary**

|  | Gross | Fed Tax | State Tax | Medicare | OASDI | EIC | Deductions | NET |
|--|-------|---------|-----------|----------|-------|-----|------------|-----|
| **Current** | $1096.78 | $0.00 | $0.00 | $5.28 | $22.60 |  | $1055.60 | $13.30 |
| **Taxable Income** |  | $293.29 | $293.29 | $364.58 | $364.58 |  |  |  |
| **Calendar YTD** | $10985.51 | $0.00 | $0.00 | $59.03 | $252.41 |  |  |  |

**Timecards For This Check**

| Check Description | Hours | Rate | Gross |
|------------------|-------|------|-------|
| Library Asst Hourly | 14.0000 | $17.69 | $247.66 |
| Library Asst Hourly | 48.0000 | $17.69 | $849.12 |

Hope Harbor
P.O. Box 26
Marshall, MN 56258

Tracy M Bloch
Box 176    180 5th St.
Balaton, MN 56115

Direct Deposit

---

**Employee Pay Stub**           Check number: DD1106              Pay Period: 06/12/2017 - 06/25/2017          Pay Date: 06/29/2017

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Tracy M Bloch, Box 176    180 5th St., Balaton, MN 56115 | | | | | ***-**-8991 | Married/Married | | Fed-0/0/MN-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 61.00 | 12.50 | 762.50 | 4,668.76 | Savings - ******8014 | 633.18 |
| Holiday Pay | | | | 50.00 | | |
| | 61.00 | | 762.50 | 4,718.76 | **Memo** | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -43.00 | -85.00 |
| Social Security Employee | -47.27 | -292.56 |
| Medicare Employee | -11.05 | -68.42 |
| MN - Withholding | -23.00 | -46.00 |
| | -124.32 | -491.98 |

Memo: Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Anchor Club Donation | -5.00 | -65.00 |
| Misc Expense | | -110.00 |
| | -5.00 | -175.00 |

| **Net Pay** | **633.18** | **4,051.78** |
|---|---|---|

Hope Harbor, P.O. Box 26, Marshall, MN 56258

Powered by Intuit Payroll

Hope Harbor
P.O. Box 26
Marshall, MN 56258

Tracy M Bloch
Box 176      180 5th St.
Balaton, MN 56115

Direct Deposit

---

**Employee Pay Stub**                Check number: DD1097         Pay Period: 05/29/2017 - 06/11/2017         Pay Date: 06/15/2017

**Employee**

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Tracy M Bloch, Box 176    180 5th St., Balaton, MN 56115 | ***-**-8991 | Married/Married | Fed-0/0/MN-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 41.00 | 12.50 | 512.50 | 3,906.26 |
| Holiday Pay | | | | 50.00 |
| | 41.00 | | 512.50 | 3,956.26 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -18.00 | -42.00 |
| Social Security Employee | | | -31.78 | -245.29 |
| Medicare Employee | | | -7.44 | -57.37 |
| MN - Withholding | | | -10.00 | -23.00 |
| | | | -67.22 | -367.66 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Anchor Club Donation | | | -5.00 | -60.00 |
| Misc Expense | | | | -110.00 |
| | | | -5.00 | -170.00 |

| **Net Pay** | | | **440.28** | **3,418.60** |

| Direct Deposit | Amount |
|---|---|
| Savings - ******8014 | 440.28 |

**Memo**

Direct Deposit

---

Hope Harbor, P.O. Box 26, Marshall, MN 56258                                                    Powered by **Intuit** Payroll

Hope Harbor
P.O. Box 26
Marshall, MN 56258

Tracy M Bloch
Box 176      180 5th St.
Balaton, MN 56115

Direct Deposit

---

**Employee Pay Stub**           Check number: DD1068                    Pay Period: 05/01/2017 - 05/14/2017        Pay Date: 05/18/2017

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Tracy M Bloch, Box 176 | 180 5th St., Balaton, MN 56115 | | | | ***-**-8991 | Married/Married | | Fed-0/0/MN-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| Hourly | 26.50 | 12.50 | 331.25 | 3,096.88 | Savings - ******8014 | | 250.91 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Federal Withholding | 0.00 | -23.00 | |
| Social Security Employee | -20.54 | -192.01 | |
| Medicare Employee | -4.80 | -44.90 | |
| MN - Withholding | 0.00 | -12.00 | |
| | -25.34 | -271.91 | |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Anchor Club Donation | -5.00 | -50.00 |
| Misc Expense | -50.00 | -60.00 |
| | -55.00 | -110.00 |

| **Net Pay** | **250.91** | **2,714.97** |
|---|---|---|

Powered by **Intuit Payroll**

Hope Harbor
P.O. Box 26
Marshall, MN 56258

Tracy M Bloch
Box 176    180 5th St.
Balaton, MN 56115

Direct Deposit

**Employee Pay Stub**    Check number: DD1061    Pay Period: 04/17/2017 - 04/30/2017    Pay Date: 05/04/2017

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Tracy M Bloch, Box 176    180 5th St., Balaton, MN 56115 | | | | | ***-**-8991 | Married/Married | | Fed-0/0/MN-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 26.50 | 12.50 | 331.25 | 2,765.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -23.00 |
| Social Security Employee | -20.54 | -171.47 |
| Medicare Employee | -4.80 | -40.10 |
| MN - Withholding | 0.00 | -12.00 |
| | -25.34 | -246.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Anchor Club Donation | -5.00 | -45.00 |
| Misc Expense | | -10.00 |
| | -5.00 | -55.00 |

| **Net Pay** | **300.91** | **2,464.06** |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Savings - ******8014 | 300.91 |

| Memo |
|---|
| Direct Deposit |